91 F.3d 129
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Robert Lee DAVIS, Petitioner--Appellant,
v.
Hubert STONE, Respondent--Appellee.
 No. 96-6228.
 United States Court of Appeals, Fourth Circuit.
 Submitted July 23, 1996.
Decided July 31, 1996.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcom J. Howard, District Judge. (CA-94-978-5-BR)
 Robert Lee Davis, Appellant Pro Se.
 Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.
 E.D.N.C.
 DISMISSED.
 Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant seeks to appeal the district court's orders denying relief on his habeas corpus petition, 28 U.S.C. § 2254 (1988), as amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub.L. No. 104-132, 110 Stat. 1217, and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal; to the extent that a certificate of appealability is required we deny such a certificate. We dismiss the appeal on the reasoning of the district court. Davis v. Stone, No. CA-94-978-5-BR (E.D.N.C. Jan. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 DISMISSED